## HERREN *et al.* *v.* HARRALSON *et al.*

*Atkinson, J.*—The judgment here complained of rests upon the discretion of the circuit judge; and it not appearing that he abused that discretion, this court will not interfere.

December 2, 1895.          *Judgment affirmed.*

Petition for injunction. Before Judge Lumpkin. Fulton county. July 1, 1895.

*Bishop, Andrews & Hill*, for plaintiffs.
*H. W. Gilbert* and *Longino & Golightly*, for defendants.